# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORACIO BADILLO,<br><br>　　　　Defendant. | No. 00 CR 39<br>Judge James B. Zagel |

## MEMORANDUM OPINION AND ORDER

The motion in this case seeks to modify a 10-year period of supervised release. Defendant asked for and received a sentence reduction pursuant to Amendment 782. His 235-month sentence was reduced to 188 months. In prior proceedings, Defendant did not attack the 10-year term of supervised release.

Here, a reduction of the term of supervised release is not available. As such, the 10-year term remains with no change. The statute does permit the Court to terminate the release (which Defendant has not requested here), but even that cannot occur until one year of supervised release has been served. The year of supervised release here will not pass until October 29-30, 2016. If Defendant does file for a shorter term of supervised release after the one year period has passed, the Court will consider the Motion at that time, taking into account Badillo's conduct while on release and his other obligations under the law.

Defendant's motion to modify/amend his supervised release term is denied.

　　　　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　James B. Zagel
　　　　　　　　　　　　　　　　　United States District Judge

DATE: December 10, 2015

1